# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

GREGORY DOUGLAS BURKETT, SR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0476

_____

December 19, 2025

Appeal from the Circuit Court for Manatee County; Stephen Mathew Whyte, Judge.

Blair Allen, Public Defender, and Richard P. Albertine, Jr., Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

Affirmed.

KHOUZAM, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.